**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **ANTHONY TRUPIA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 4:26-cv-00157-O-BP** |
| | § | |
| **X CORP.,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## REPORT REGARDING CONTENTS OF SCHEDULING ORDER

Under Federal Rule of Civil Procedure 26(f) and the Court's Order of February 19, 2026 (ECF No. 49), Defendant X Corp. submits the following report.[1]

As a threshold matter, X Corp. submits that the Court need not issue a scheduling order in this case. Plaintiff has represented to the Court that he "ha[s] no intention of litigating this case in Texas" and wants to "move on with [his] life." (ECF No. 46 at 2, 15 (filed February 23, 2026).) Accordingly, this Court should not enter a scheduling order, and, instead, it should grant X Corp.'s pending unopposed motion  to dismiss and dismiss this case. (*See* ECF No. 42 (filed January 21, 2026).)

---

[1] On March 11, 2026, despite Plaintiff's representations that he does not intend to litigate this case in this Court (ECF No. 46 at 2, 15), counsel for X Corp. emailed Plaintiff to schedule a time on March 12, 2026 to conduct the required Scheduling Conference in advance of filing a Joint Report. (*See* ECF No. 49 at 1.) Plaintiff requested that the Scheduling Conference occur at 11 p.m. on that day. Counsel for X Corp. was not available to conduct the conference at that time. Therefore, the parties regrettably were not able to conduct the Scheduling Conference by the March 12, 2026 deadline.

In addition, on March 11, 2026, counsel for X Corp. sent Plaintiff a draft of this report and asked him whether he would like to join it. Plaintiff did not accept X Corp.'s invitation to join the report, nor did he provide any proposed inserts or additions to it.

### A. Status report on settlement negotiations

The parties have not participated in any settlement negotiations in this case.

### B. Proposed contents of Scheduling Order

#### *(1) A proposed time limit to file motions for leave to join other parties:*

Because Plaintiff has represented to the Court that he does not intend to litigate this case in this Court (ECF No. 46 at 2, 15), X Corp. requests that the Court decline to set a time limit to file motions for leave to join other parties.

#### *(2) A proposed time limit to amend the pleadings:*

Under Federal Rule of Civil Procedure 15, the deadline for Plaintiff to further amend his First Amended Complaint (ECF No. 34-1, the operative complaint in this case (*see* ECF No. 35)) has passed. Accordingly, this Court should decline to set any time limit for Plaintiff to file any amended pleadings.

#### *(3) Proposed time limits to file various types of motions, including dispositive motions:*

Because Plaintiff has represented to the Court that he does not intend to litigate this case in this Court (ECF No. 46 at 2, 15), X Corp. requests that the Court decline to set a time limit to file various types of motions, including dispositive motions.

#### *(4) A proposed time limit for initial designation of experts:*

Because Plaintiff has represented to the Court that he does not intend to litigate this case in this Court (ECF No. 46 at 2, 15), X Corp. requests that the Court decline to set a time limit for initial designation of experts.

*(5) A proposed time limit for responsive designation of experts:*

Because Plaintiff has represented to the Court that he does not intend to litigate this case in this Court (ECF No. 46 at 2, 15), X Corp. requests that the Court decline to set a time limit for responsive designation of experts.

*(6) A proposed time limit for objections to experts:*

Because Plaintiff has represented to the Court that he does not intend to litigate this case in this Court (ECF No. 46 at 2, 15), X Corp. requests that the Court decline to set a time limit for objections to experts.

*(7) A proposed plan and schedule for discovery, a statement of the subjects on which discovery may be needed, a time limit to complete factual discovery and expert discovery, and a statement of whether discovery should be conducted in phases or limited or focused upon particular issues:*

Because Plaintiff has represented to the Court that he does not intend to litigate this case in this Court (ECF No. 46 at 2, 15), X Corp. requests that the Court decline to set a plan for discovery and a time limit to complete factual discovery and expert discovery. X Corp. also submits that no discovery is needed in this case, and as a result phased discovery or discovery focused on particular issues is not needed.

*(8) What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitation should be imposed:*

Because Plaintiff has represented to the Court that he does not intend to litigate this case in this Court (ECF No. 46 at 2, 15), X Corp. submits that discovery is not needed in this case, much less that any changes to the limitations on discovery imposed under these rules or by local rule should be imposed.

***(9) Proposed means for disclosure or discovery of electronically stored information ("ESI") and a statement of any disputes regarding the disclosure or discovery of ESI:***

Because Plaintiff has represented to the Court that he does not intend to litigate this case in this Court (ECF No. 46 at 2, 15), X Corp. submits that discovery is not needed in this case, and as such no means for disclosure or discovery of ESI are needed.

***(10) Any proposals regarding the handling and protection of privileged or trial-preparation material that should be reflected in a court order:***

Because Plaintiff has represented to the Court that he does not intend to litigate this case in this Court (ECF No. 46 at 2, 15), X Corp. does not have any proposals regarding the handling and protection of privileged or trial-preparation material that should be reflected in a court order.

***(11) A proposed trial date, estimated number of days required for trial and whether a jury has been demanded:***

Because Plaintiff has represented to the Court that he does not intend to litigate this case in this Court (ECF No. 46 at 2, 15), X Corp. requests that the Court decline to set a trial date.

***(12) A proposed date for further settlement negotiations:***

Because Plaintiff has represented to the Court that he does not intend to litigate this case in this Court (ECF No. 46 at 2, 15), X Corp. submits that settlement negotiations are unnecessary, and that the Court should instead grant X Corp.'s unopposed motion to dismiss (ECF No. 42).

***(13) Objections to Fed. R. Civ. P. 26(a)(1) at the Scheduling Conference, and other proposed modifications to the timing, form, or requirement for disclosures under Rule 26(a), including a statement as to when disclosures under Rule 26(a)(1) were made or will be made:***

Because Plaintiff has represented to the Court that he does not intend to litigate this case in this Court (ECF No. 46 at 2, 15), X Corp. submits that it should not be required to provide disclosures under Rule 26(a)(1).

**(14) Whether the parties will consent to trial (jury or non-jury) before a United States Magistrate Judge:**

Because Plaintiff has represented to the Court that he does not intend to litigate this case in this Court (ECF No. 46 at 2, 15), X Corp. believes that consent to trial before a United States Magistrate Judge is unnecessary.

**(15) Whether the parties are considering mediation or arbitration to resolve this litigation and a statement of when it would be most effective, and, if mediation is proposed, the name of any mediator the party recommends mediating the case:**

Because Plaintiff has represented to the Court that he does not intend to litigate this case in this Court (ECF No. 46 at 2, 15), X Corp. is not considering mediation or arbitration to resolve this litigation.

**(16) Any other proposals regarding scheduling and discovery that the parties believe will facilitate expeditious and orderly trial preparation:**

Because Plaintiff has represented to the Court that he does not intend to litigate this case in this Court (ECF No. 46 at 2, 15), X Corp. does not have any other proposals regarding scheduling and discovery that it believes will facilitate expeditious and orderly trial preparation.

**(17) Whether a conference with the Court is desired:**

Because Plaintiff has represented to the Court that he does not intend to litigate this case in this Court (ECF No. 46 at 2, 15), X Corp. submits that a conference with the Court is not necessary at this time.

**(18) Any other matters relevant to the status and disposition of this case, including any other Orders that should be entered by the Court under Rules 16(b)-(c) and 26(c).**

X Corp. reiterates that its unopposed motion to dismiss (ECF No. 42) remains pending, and it submits that the Court should grant this motion and dismiss this case.

5

**C. Persons named in the case who did not participate in the conference:**

Defendants Elon Musk and Linda Yaccarino did not participate in the conference about the contents of this report because they have not appeared in this action. X Corp. understands that Mr. Musk and Ms. Yaccarino have not been served with this process in this action. (X Corp. also has not been properly served with process, *See* ECF No. 42).)

Dated: March 26, 2026

*/s/ Alex More*

Kenneth M. Trujillo-Jamison
(pro hac vice pending)
WILLENKEN LLP
707 Wilshire Blvd., Suite 4100
Los Angeles, CA 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250
ktrujillo-jamison@willenken.com
—&—
Alex More
Texas Bar No. 24065789
CARRINGTON, COLEMAN, SLOMAN &
BLUMENTHAL, L.L.P.
901 Main Street
Suite 5500
Dallas, Texas 75202
Telephone: 214-855-3000
Facsimile: 214-580-2461
amore@ccsb.com

*Attorneys for Defendant X Corp.*